UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ROBIN V. DRAYMAN,

    Plaintiff,

v.                                                          Case No. 5:11-cv-574-Oc-10TBS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____

## ORDER

Pending before the Court is Defendant's Uncontested Motion for Extension of Time to File Memorandum of Law. (Doc. 14). Pursuant to M.D. FLA. R. 3.01(g), counsel for Defendant represents that the Plaintiff's attorney has been contacted and has no objection to the requested extension of time. Upon due consideration, Defendant's motion is hereby GRANTED. Defendant shall have through June 4, 2012 to file its memorandum with the Court.

    IT IS SO ORDERED.

    DONE AND ORDERED in Ocala, Florida, on May 2, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel